

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2014

No. 04-14-00274-CR

Perry Ellis **MAYFIELD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-07-10728-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's brief was due on September 8, 2014. On September 16, 2014, we granted Appellant's first motion for extension of time, in part, and Appellant's brief was due to filed no later than October 13, 2014. On September October 10, 2014, Appellant filed a second motion for extension of time requesting an additional forty-five days to file his brief.

Appellant's second motion for extension of time to file his brief is GRANTED IN PART. Appellant's brief must be filed with this court by November 13, 2014. **Absent extenuating circumstance, NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court